MAY 14, 2004

No. 03A936. LARGESS ET AL. v. SUPREME JUDICIAL COURT FOR THE STATE OF MASSACHUSETTS ET AL. Application for in-

junction pending appeal, presented to JUSTICE SOUTER, and by him referred to the Court, denied.